**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA KENNEDY,

        Plaintiff,

v.                                                  Case No:   6:17-cv-591-Orl-31TBS

L&C ARLINGTON PINES
PARTNERSHIP, LLC,

        Defendant.

## ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment (Doc. 44) and Plaintiff's Response (Doc. 49).   Defendant's motion establishes that Defendant sold the subject building (Paola's Beauty Salon) to Arlington Shopping Plaza, LLC, on September 17, 2018.   Defendant thus contends this matter is moot.   Plaintiff concedes that the case is moot as to this Defendant.[1]   Accordingly, it is

**ORDERED** that Defendant's Motion for Summary Judgment is granted and the case is **DISMISSED** as moot with respect to L&C Arlington Pines Partnership, LLC.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 17, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Plaintiff has moved to substitute the new owner as a Defendant.   The Court will deal with that issue in a separate oder.